1338329

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
BARRY ZURYBIDA

**WARRANT FOR ARREST**

Case Number: 1:07-M-61A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Barry Zurbida
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Production of Child Pornography

Possession of Child Pornography

RECEIVED
U.S. MARSHALS SERVICE
JUN 15 2007
District of Rhode Island

in violation of Title 18 United States Code, Section(s) 2251(a); 2252(a)(4)

| | |
|---|---|
| LINCOLN D. ALMOND | [signature] |
| Name of Issuing Officer | Signature of Issuing Officer |
| United States Magistrate Judge | 6/13/2007 |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Middletown, RI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/14/2007 | Andrew Yeswowski Special Agent | Andrew Yeswowski |
| DATE OF ARREST 6/15/2007 | | |