AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Barry Zurybida

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07MJ61A

I, BARRY ZURYBIDA, charged in a ☑ complaint ☐ petition pending in this District with PRODUCTION & POSSESSION OF CHILD PORNOGRAPHY in violation of Title 18, U.S.C., 2251(a) & 2252(a)(4),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

[signature]
*Defendant*

6/22/07
*Date*

[signature]
*Counsel for Defendant*