UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 1:07-m-61A |
| BARRY ZURYBIDA | : | |

ENTRY OF APPEARANCE

I, Kevin J. Fitzgerald, Assistant Federal Public Defender, do hereby enter my appearance on behalf of the defendant, Barry Zurybida.

/s/ Kevin J. Fitzgerald
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 Fax
kevin_fitzgerald@fd.org

CERTIFICATION

I do hereby certify that on this 29th day of June, the within was filed electronically and is available for viewing and downloading from the ECF system with a copy to Terrence Donnelly, AUSA.

/s/ Kevin J. Fitzgerald