UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 1:07-MJ-00061A |
| | : | |
| BARRY ZURYBIDA | : | |

## GOVERNMENT'S MOTION AND MEMORANDUM TO EXCLUDE CERTAIN TIME UNDER THE SPEEDY TRIAL ACT

Now comes the United States, and, pursuant to 18 U.S.C. §3161(h), moves to exclude certain time from the operation of the time limit imposed by the Speedy Trial Act. Specifically, 18 U.S.C. §3161(b) imposes a 30-day time period, from the date of arrest, within which an information or indictment must be filed. Here, the parties have agreed in writing that the period from July 9, 2007 through (but no later than) August 16, 2007 be excluded from the §3161(b) time limit. The government moves that this Court order that the period agreed upon be excluded pursuant to 18 U.S.C. §3161(h).[1]

The reasons for granting this Motion are as follows:

1. The defendant has pending State charges, related to the facts of this case. <u>See</u> 18 U.S.C. §3161(h)(1)(D).

2. The parties are engaged in plea negotiations which may lead to the prompt resolution of the complaint, thus fulfilling one of the purposes of the Speedy Trial Act. <u>See</u> 18 U.S.C. §3161(h)(1)(I). As indicated in Exhibit 1, should defense

[1] The agreement is attached as Exhibit 1 to this Motion. The time from the filing of this Motion until its disposition, of course, would be excluded pursuant to 18 U.S.C. §3161(h)(1)(F).

7/11/07: GRANTED. ORDER TO FOLLOW. [signature] USMJ

counsel notify the government in writing that further plea negotiations would be fruitless, the government agrees that the speedy indictment "clock" would begin running again.

3. As the charges involve the analysis of computer-related media, the charges are complex enough to justify the additional time for the parties to engage in plea negotiations. 18 U.S.C. §3161(h)(8).

For all of the foregoing reasons, the government believes that the ends of justice justify the exclusion of the period from July 9, 2007 through (but no later than) August 16, 2007 , or the time that defense counsel terminates plea negotiations in writing, whichever is sooner.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Terrence P. Donnelly

TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10th, 2007, a copy of the within Government's Motion and Memorandum to Exclude Certain Time Under the Speedy Trial Act was delivered to:

Kevin J. Fitzgerald, Esq.
10 Weybosset Street
Suite 300
Providence, RI 02903

Paulette E. Gamache

Image Not Available

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center (401) 528-5477
50 Kennedy Plaza, 8th Floor FAX (401) 528-5474
Providence, Rhode Island 02903

July 9, 2007

Kevin J. Fitzgerald, Esq.
10 Weybosset Street, Suite 300
Providence, RI 02903

Re: Speedy Trial Act Waiver in <u>U.S. v. Barry Zurybida</u>
Case No. 1:07-MJ-00061A

Dear Mr. Fitzgerald:

This letter is written to memorialized the agreement entered into today by your client, Barry Zurybida, and the United States.

1. Mr. Zurybida was arrested and charged on June 15, 2007 with producing and possessing child pornography, in violation of 18 U.S.C. §§2251(a) and 2252(a)(4). Due to the arrest, the Speedy Trial Act requires that an indictment or information be filed within 30 days of that arrest. 18 U.S.C. §3161(b).

2. On today's date, the parties agreed that a period of time should be excluded from that 30-day period, pursuant to 18 U.S.C. §3161(h), so that (a) Mr. Zurybida can address pending State charges, and (b) the parties can engage in plea discussions which might resolve this matter. Specifically, we agree that the period to be excluded begins on today's date and will continue until you notify me in writing that further plea discussions are unnecessary, but in any event this period will last no longer than **August 16, 2007.**

Exhibit 1

3. By his signature below, Mr. Zurybida agrees that the period of plea negotiations, not to exceed the period from July 9, 2007 to August 16, 2007, will be excluded from the Speedy Trial Act calculations; further, Mr. Zurybida knowingly and voluntarily waives any right to move to dismiss the Complaint in the above action based on a violation of the 30-day limit which includes the period which the parties agree should be excluded.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

Terrence P. Donnelly
Assistant U.S. Attorney

BARRY ZURYBIDA 7/10/07
DATE

KEVIN J. FITZGERALD, ESQ. 7-10-7
DATE