**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CR. No. 1:07-M-61A** |
| **BARRY ZURYBIDA** | : | |

**ORDER**

The United States and the defendant Barry Zurybida having moved this Court for an Order excluding the period August 17, 2007 through September 17, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b);

IT IS THE FINDING OF THIS COURT that the ends of justice served by excluding the afore-mentioned time period outweigh the interest of the public and the defendant in a speedy trial, for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant seek additional time to finalize the terms of a plea agreement;

2. The defendant seeks additional time to discuss a proposed plea agreement with his attorney, and to consider such an agreement, and how it might impact on pending State charges, which are related to this case;

3. The charges involve the analysis of computer-related media, and thus are complex enough to justify the additional time for the parties to engage in plea negotiations;

4. The government needs additional time to investigate the matter, particularly the identification of the number of alleged victims, which is a critical factor in the ongoing plea negotiations; and

5. The filing of a plea agreement would likely result in a resolution of this matter on terms agreeable to the government, to the defendant, and to the Court, and would eliminate the need for further pre-trial and trial proceedings, thereby conserving judicial resources.

WHEREFORE, it is on hereby ORDERED, that the period from August 17, 2007 through September 17, 2007 be excluded from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b).

Dated: August ____, 2007

______________________________
LINCOLN D. ALMOND
United States Magistrate Judge